UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOVEREIGN HEALTH OF
FLORIDA, INC., a Delaware
corporation

      Plaintiff,

v.                                                                    Case No: 2:15-cv-265-FtM-29CM

CITY OF FORT MYERS,

      Defendant.

## ORDER

This matter comes before the Court upon review of the file. On November 21, 2016, Defendant filed a Motion for Contempt and for Sanctions for Plaintiff's Failure to Produce its Patient Files Previously Ordered to be Produced by this Court and for the Prejudice Caused to Defendant Thereby and for a Hearing to Consider the Appropriate Sanctions against the Plaintiff under Rule 37(B)(2) and Incorporated Memorandum of Law ("Motion for Contempt and for Sanctions"). Doc. 37. On December 7, 2016, Defendant filed a Notice of Withdrawal with Prejudice of Motion for Contempt and for Sanctions (Doc. #37). Doc. 40.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion for Contempt and for Sanctions for Plaintiff's Failure to Produce its Patient Files Previously Ordered to be Produced by this Court and for the Prejudice Caused to Defendant Thereby and for a Hearing to Consider the

- 2 -

Appropriate Sanctions against the Plaintiff under Rule 37(B)(2) and Incorporated Memorandum of Law (Doc. 37) is **WITHDRAWAN with prejudice**.

    **DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of December, 2016.

                                         CAROL MIRANDO
                                         United States Magistrate Judge

Copies:
Counsel of record